**Order entered March 17, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00277-CR
No. 05-20-00285-CR
No. 05-20-00286-CR

**UMAIR AHMAE KHAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-80965-2018, 199-81674-2018 & 199-83132-2018**

**ORDER**

We **REINSTATE** these appeals.

We abated for a hearing on counsel. On March 10, 2020, the Court was informed appellant hired James P. Whalen as retained counsel. We **DIRECT** the Clerk to list James P. Whalen as counsel for appellant. All future correspondence should be sent to Mr. Whalen at the address listed in our records.

The appellate record is due April 13, 2020.

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; Lynne Finley, Collin County District Clerk; LaTresta Ginyard, official court reporter, 199th Judicial District Court; James P. Whalen; and the Collin County District Attorney's Office.

/s/    LANA MYERS
       JUSTICE